**CC: TO JUDGE___PM`**

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing
document to which this certificate is
attached was served on the attorney(s)
of record for defendant(s) via telefax/
mail/personal delivery on the ____
day of ____Pari____ ,20 _03_

UNITED STATES ATTORNEY
by ____Jim Elliot____

Chief Judge Coughenour

_____FILED _____ENTERED
_____LODGED _____RECEIVED

**MAY 27 2003**   PM

AT SEATTLE
CLERK U S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,      )
                               )    NO. CR03-011C
        Plaintiff,             )
                               )
    v.                         )    GOVERNMENT'S SENTENCING
                               )    MEMORANDUM
ABEL NGOZICHUKWU NNABUE,       )
                               )
        Defendant              )
_____)

CR 03-00011  #00000042

### I.      Introduction

The United States hereby files its Sentencing Memorandum in this case   The United States recommends that the Court follow the recommendation of the United States Probation Office and sentence the defendant to 12 months and one day in prison, followed by a three year term of supervised release

### II.     Factual Background

In late-2002, defendants ABEL NNABUE and TOBECHI ONWUHARA, who were both living and working in the Dallas, Texas area, arranged to obtain unauthorized Discover credit cards in various names, along with counterfeit Texas driver's licenses necessary to use those credit cards.   As later admitted in a statement by ONWUHARA, the scheme began when the defendants met a bartender named "Dave," who recruited ONWUHARA and NNABUE to assist him with credit card scams.   In connection with this scheme, "Dave" agreed to email to ONWUHARA and NNABUE various names and other information to be used in selecting unauthorized credit cards   ONWUHARA and

GOVERNMENT'S SENTENCING MEMORANDUM/
NNABUE - 1
(CR03-011C)

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

1 NNABUE then would review the information and select the "identities" to be used in the

2 scheme. Dave, in turn, would receive their selections and then send by mail the

3 unauthorized credit cards and counterfeit drivers' licenses to various hotels to be picked

4 up by ONWUHARA and NNABUE

5     Attached hereto as Exhibit A is a true and correct copy of one such email

6 containing various names, addresses, telephone numbers, social security numbers, and

7 dates of birth for various identities (Bates Stamp Nos. 000036-43). Exhibit A also

8 includes a reply email (Bates Stamp No. 000035) showing that ONWUHARA had

9 selected the identities of "Thomas Michael Crowley," "James Alex Weaver," and "Roger

10 Ricky Reynolds," and NNABUE had chosen "Joseph Francis Galati," "Glen Will

11 Huckabay" and/or "Earnest George Bodenmiller." These emails were seized by police

12 incident to the defendants' later arrest on December 12, 2002

13     After arranging to receive these unauthorized credit cards and counterfeit driver's

14 licenses, NNABUE and ONWUHARA traveled to the Seattle area for the purpose of

15 using the credit cards. NNABUE had resided in the Seattle area between 1989 and 2001.

16 Shortly after arriving, on December 12, 2002, NNABUE and ONWUHARA drove to a

17 Lynnwood branch of the Washington Mutual Bank. ONWUHARA entered the Bank and

18 requested a $5,000 cash advance using the unauthorized credit card in the name of Robert

19 Palmer and a counterfeit Texas driver's license in that same name. NNABUE remained

20 outside of the bank and served as the getaway driver in a rented Plymouth Neon. When

21 Bank employees became suspicious of the transaction and called police, NNABUE and

22 ONWUHARA fled the bank in the Neon driven by NNABUE.

23     The Lynnwood Police immediately gave chase. Attached hereto as Exhibit B is a

24 true and correct copy of a Lynnwood Police Report fully describing the ensuing police

25 chase. As noted in the Report, the chase occurred in the middle of the business day

26 between 11:30 a.m. and noon, on wet roadways, during the height of the Christmas

27 shopping season. NNABUE first began by evading a uniformed police office and a

28 marked police car that had approached the rear of the Neon. Ignoring the police

GOVERNMENT'S SENTENCING MEMORANDUM/
NNABUE - 2
(CR03-011C)

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1   emergency lights and police sirens, the Neon took evasive measures to avoid police cars,

2   striking sidewalk curbs at least two times during the subsequent pursuit.  In the ensuing

3   chase, defendants ran at least six stop signs, and repeatedly reached speeds of 60 and even

4   70 miles per hour in 30-mile per hour speed zones   During the chase, defendant

5   ONWUHARA threw evidence from the window of the car.  When police finally pursued

6   the Neon into a church parking lot, NNABUE was forced to stop and surrendered as he

7   stepped out of the driver's seat.  ONWUHARA, however, fled on foot through the

8   residential neighborhood.  ONWUHARA was captured after Police called in a canine unit

9   and set up a containment perimeter.

10       Consistent with the emails described above, at the time of the defendants' arrest,

11  police seized unauthorized credit cards in the names of "Glen Will Huckabay" and

12  "Earnest George Bodenmiller," along with counterfeit drivers' licenses in those same

13  names bearing photographs of NNABUE.   Police also seized unauthorized credit cards in

14  the names of "Robert Palmer," "Roger Ricky Reynolds," and "James Alex Weaver,"

15  along with counterfeit drivers' licenses in those same names bearing photographs of

16  ONWUHARA.

17  **III.    Guideline Calculations**

18       The United States agrees with the United States Sentencing Guidelines (U.S.S.G.)

19  calculations set forth in the Presentence Report.

20       **A.    Loss Amount, U.S.S.G. § 2B1.1(b)(1)**

21       Contrary to defense counsel's suggestion, the actual and attempted loss amount in

22  this is between $5,000 and $10,000.

23       Here, NNABUE pleaded guilty to attempted bank fraud for assisting

24  ONWUHARA in using the "James Weaver" credit card to apply for a $5,000 cash

25  advance.  Under the  Commentary to U.S.S.G. § 2B1.1, loss includes the pecuniary harm

26  that was intended to result from the offense.  U.S.S.G. § 2B1.1, Commentary Note

27  2(A)(ii).  Therefore, NNABUE should be held responsible for the attempted loss of

28  $5,000 with the James Weaver credit card at the Washington Mutual Bank.

GOVERNMENT'S SENTENCING MEMORANDUM/
NNABUE - 3
(CR03-011C)

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

Additionally, NNABUE possessed unauthorized credit cards in the names of Earnest Bodenmiller and Glen Huckabay, for which NNABUE possessed counterfeit driver's licenses bearing his photograph. According to the Commentary which accompanies U.S.S.G. § 2B1.1, the calculation of loss in credit card cases includes any unauthorized charges, but in any event "shall not be less than $500 per access device." U.S.S.G. § 2B1.1, Application Note 2(F). As one Court observed in describing this Commentary, "[t]his loss is a presumed loss, setting a floor beneath which neither "actual" nor "intended" loss may fall." United States v. Yellowe, 24 F.3d 1110, 1113 (9th Cir. 1994)(describing earlier version setting $100 minimum per card). Therefore, because no unauthorized charges were made with these cards yet, the loss amount associated with the Bodenmiller and Huckabay credit cards should be an additional $500 per card.

**B.    Use of Means of Identification to Produce Other Means of Identification, U.S.S.G. § 2B1.1(b)(9)(C)(i)**

Defendant also errs in contending that the two-point enhancement under U.S.S.G. § 2B1.1(b)(9)(C)(i) is not applicable.

Section 2B1.1(b)(9)(C)(i) imposes a two-point enhancement when the offense "involves" the unauthorized transfer or use of any means of identification to produce any other means of identification. Under Application Note 7 to U.S.S.G. § 2B1.1, for the purposes of this guideline provision, "means of identification" is defined in 18 U.S.C §1028(d)(4). Section 1029(d)(4)(A), in turn, defines "means of identification" to include any name, number, social security number, or date of birth that could be used alone or in conjunction with other information to identify a specific person.

Here, the defendants received by email from their associate a list of credit card holders' names, addresses, telephone numbers, date of birth, and social security numbers (Exhibit A, Bates Stamp Nos. 000036-43), from which they selected the credit card holders in whose name unauthorized credit cards and counterfeit driver's licenses would be produced (Exhibit A, Bates Stamp No. 000035). Thus, the defendants obtained this information about credit card holders, and then used that information to select the credit

1  card holders in whose names unauthorized credit cards and counterfeit driver's licenses

2  would be produced.  They clearly used information constituting a "means of

3  identification" to produce another means of identification

4          **C.  Minor Role, U.S.S.G. § 3B1.2(b)**

5       Defendant NNABUE mistakenly argues that he is entitled to a sentencing

6  reduction under U.S.S.G. § 3B1.2 as a minor or minimal participant in criminal activity.

7       Defendant NNABUE errs because the United States did not charge NNABUE in a

8  larger scheme involving $86,000 in losses, as it did in ONWUHARA's case.  The

9  Government purposely charged NNABUE with only one transaction at the Washington

10  Mutual Bank in Lynnwood involving an attempted loss of just $5,000.  As to that

11  transaction, NNABUE was an active participant   The evidence shows that NNABUE and

12  ONWUHARA both arranged to obtained the fraudulent credit cards and counterfeit

13  driver's licenses with their photos.  Both defendants had more than one fraudulent credit

14  card and driver's license in their possession when arrested.  Likewise, both defendants

15  traveled from Texas to Seattle together for the purposes of using those cards.  Indeed,

16  ONWUHARA had never resided in the Seattle areas; only NNABUE had lived in this

17  area.  Naturally, NNABUE remained in the car to serve as the getaway driver, since the

18  counterfeit Texas driver's license used at the bank bore only ONWUHARA's photograph.

19  While both NNABUE and ONWUHARA played different roles in this particular

20  transaction, the foregoing evidence shows that both defendants intended to participate

21  together in the use of these fraudulent credit cards.  Under these circumstances,

22  NNABUE did not have a minor or minimal role.  See United States v. Hursh, 217 F.3d

23  761, 770 (9th Cir.2000)(upholding district court's denial of a minimal or minor role

24  adjustment based on "mere courier" status in drug transaction).

25

26

27

28

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1    **D.    Reckless Endangerment During Flight, U.S.S.G. § 3C1.2**

2    Defendant also deserves the two-point enhancement for reckless endangerment

3    during flight under U.S.S.G. § 3C1.2.

4    Section 3C1.2 of the Sentencing Guidelines provides that the District Court may

5    adjust a defendant's sentence upward two levels "[i]f the defendant recklessly created a

6    substantial risk of death or serious bodily injury to another person in the course of fleeing

7    from a law enforcement officer...." U.S.S.G. 3C1.2.   Under this section, a defendant is

8    expressly made responsible "for his own conduct and for conduct that he aided or abetted,

9    counseled, commanded, induced, procured, or willfully caused." U.S.S.G. 3C1 2,

10   Application Note 5

11   As shown in the Lynnwood Police Report attached as Exhibit B, defendants

12   NNABUE fled the Washington Mutual Bank with extreme recklessness, placing

13   themselves, the police, and the public at extreme risk.  NNABUE repeatedly drove at 60

14   and 70 miles per hour in a 30 mile per hours speed zone.  He ran at least six stop signs

15   and repeatedly struck the curb, at one point damaging the rim cover of the rented Neon.

16   He engaged in this conduct while being pursued by uniformed police officers in at least

17   three police cars with emergency lights and sirens, while other police officers were forced

18   to stop the traffic sharing the road.

19   Such a dangerous, high speed car chase is precisely the kind of behavior that

20   warrants an enhancement for reckless endangerment during flight.  In United States v

21   Luna, 21 F 3d 874 (9th Cir.1994), for example, the Court held that the enhancement

22   applied where the suspect bank robbers ran three stop signs, refused police attempts to

23   pull over their car, and then abandoned the running car, fleeing on foot  Id. at 885.

24   In fact, courts generally have held that such speeding itself qualifies as the type of

25   reckless behavior endangerment that warrants the enhancement in § 3C1.2.  See United

26   States v. Jimenez, 323 F.3d 320, 324 (5th Cir 2003)(enhancement applied where the

27   defendant "engaged the officers in a vehicle pursuit, traveling at a high rate of speed [at

28   night] through business and residential areas . . . brought the car to a stop, exited, and

GOVERNMENT'S SENTENCING MEMORANDUM/
NNABUE - 6
(CR03-011C)

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  began running away"); <u>United States v. Velasquez</u>, 67 F.3d 650, 654 (7th Cir.

2  1995)(enhancement applied where defendant "fled the scene at a high rate of speed (one

3  officer had to drive between sixty and seventy miles per hour to catch up) through

4  residential neighborhoods"); <u>United States v. Chandler</u>, 12 F.3d 1427, 1433 (7th

5  Cir.1994)(traveling between 35 and 50 miles per hour through a residential area and

6  swerving warranted the two-level enhancement), cited with approval in <u>Luna</u> <u>supra</u>.

### E.   Overstated Criminal History, U.S.S.G. § 4A1.3

8    The Probation Office has recommended a departure under U.S.S.G. § 4A1.3 from

9  a Category III Criminal History to a Category II Criminal History.   The applicable

10  guideline range would thereby be reduced from 15 to 21 months to 12 to 18 months   The

11  United States agrees with that recommendation for the reasons stated in the Presentence

12  Report.

13    No further reduction to a Category I Criminal History is appropriate, however.

14  Category I Criminal History is reserved for those defendants with minimal or no criminal

15  history and little or no likelihood of recidivism.  <u>See</u> U.S.S.G. § 4A1.3, Background

16  Commentary.  In contrast, defendant NNABUE has been a repeated violator of the

17  driving laws, who currently has *three* violations for driving without a license, a negligent

18  driving conviction, and a conviction for supplying liquor to minors.  Moreover,

19  NNABUE's conduct in the instant case involves yet another driving violation for which

20  he was never prosecuted, that is, reckless driving that placed the public at substantial risk.

21  Additionally, the instant case involves the use and attempted use of unauthorized credit

22  cards, an offense that is easy to commit and therefore often involves recidivism.  In view

23  of this history, and because Criminal History Category I is appropriate for offenders with

24  the "lowest risk of recidivism," U.S.S.G. § 4A1.3, defendant should receive a departure

25  only to Category II.

26

27

28

GOVERNMENT'S SENTENCING MEMORANDUM/
NNABUE - 7
(CR03-011C)

## IV.   Sentencing Recommendation

The United States recommends that the Court sentence defendant NNABUE to 12 months and one day in prison, as recommended in the Presentence Report

While this sentence is the same sentence received by ONWUHARA whose loss amount was higher, NNABUE started out with a more significant criminal history than ONWUHARA.  Indeed, ONWUHARA had no prior criminal history points.  Moreover, unlike ONWUHARA, NNABUE qualifies for the two-point enhancement for reckless endangerment during flight because he was the driver of the Plymouth Neon that engaged in the dangerous, high speed police chase.

Taking all of these facts into consideration, the Court should sentence defendant to 12 months and one day in prison, followed by three years of supervised release.

DATED this ___27ᵗʰ___ day of ___May___, 2003.

Respectfully submitted,
JOHN McKAY
United States Attorney

LAWRENCE LINCOLN
Assistant United States Attorney

GOVERNMENT'S SENTENCING MEMORANDUM/
NNABUE - 8
(CR03-011C)

# EXHIBIT A

# YAHOO! Mail

Yahoo! - My Yahoo! - Help

☒ Mail ▾ | 🗎 **Addresses** ▾ | 📅 **Calendar** ▾ | 🗒 **Notepad** ▾     theklens@yahoo.com [Sign Out]

## Compose (Plain | Color and Graphics )

🕊 Send a Free Greeting

| Send | Save as a Draft | Spell Check | Cancel |

Insert addresses from Address Book or enter nicknames (separated by commas)

**To:** koster88@aol.com

**Cc:** [                    ]     **Bcc:** [                    ]

**Subject:** [                    ]

**Attachments:** [ Attach Files - Attach Video with

> joseph francis galati   /or glen hill tuckabay (my boy)
>
> thomas micreal crowley    (me
>
> james alex  weatel me
>
>
> earnest  george  _odenmiller(my boy,
>
> roger rick  re.ff_as  me)

☐ Use my signature                ☐ Allow HTML tags [Preview]

**Options.** ☑ Save a copy in your **Sent Items** folder

☐ Send money using **Yahoo! PayDirect** from HSBC. $ [    ]  More

| Send | Save as a Draft | Spell Check | Cancel |

Mail - Address Book - Calendar -

Address Book  Auctions  Autos  Briefcase  Calendar  Careers  Chat  Classifieds  Finance  Games  Geocities  Greetings  Groups  Kids  Mail
Maps  Member Directory  Messenger  Mobile  Movies  Music  My Yahoo!  News  PayDirect  People Search  Personals  Photos  Radio
Shopping  Sports  TV  Travel  Warehouse  Weather  Yellow Pages  more

Copyright © 1994 2003 Yahoo! Inc. All rights reserved Terms of Service - Guidelines
Privacy Policy



000035

SANFORD  273308296                              1956/04/01

ROBERT BROWN                                    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
503-630-6931
POBOX 1624                                              HILTON
ESTACADA  OR  970231624             1943/06/01


MARK PRELLBERG                           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
816-505-34-31
PO BOX 33355                                       RONK
RIVERSIDE MO 641683355              1952/10/01


LEE A GERHARDSTEIN                   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
614-891-2667
6265 CHAR-MAR DR                            DASALLO
WESTERVILLE OH 430829019         1956/04/28


DONALD M DECAMARA                  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
330-656-1039
1903 HAYMARKETWAY                     mcgoohan
216-831-6601
HUDSON OH 442364645                 1954/02/09


HARBACH F EDWIN                          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
513-791-0652
27 HERITAGEET                                    CALMES
513-381-6900
CINCINNATI OH 452413261           1954/01/17


JOHN M KUYKENDALL                    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
407-629-4721
591 DOMMERIEH DR                          WILLIAMS
MAITLAND FL 327514502               1957/01/01


JOHN P MONAGHAN                       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
419-882-3687
6132 ROCKDALE LN                               OTT
419-885-4125
SYLVANIA OH 435603643             1965/04/01

---

Free email with personality! Over 200 domains!
http://www.MyOwnEmail.com
Looking for friendships, romance and more?
http://www.MyOwnFriends.com

| Delete | Reply | Reply All | Forward | as attachment ▾ | | Move to folder ▾ |

Previous | Next | Back to Messages                    Save Message T

Check Mail | Compose |                    Mail Upgrades - Search Mail - Mail Optio

Mail - Address Book - Calendar - Notepad

Copyright © 1994-2002 Yahoo! Inc  All rights reserved Terms of Service - Guidelines
NOTICE  We collect personal information on this site
To learn more about how we use your information, see our Privacy Policy

000036



**Mail** ▾ | 📇 **Addresses** ▾ | 📅 **Calendar** ▾ | 🖊 **Notepad** ▾          adnannn001@yahoo.com [Sign

Check Mail | Compose                    Mail Upgrades – Search Mail - Mail Opti

**Folders** [Add]          Previous | Next | Back to Messages              Printable View - Full Hea

📁 Inbox (2)
📝 Draft
📤 Sent
📁 Bulk (1) [Empty]
🗑 Trash [Empty]

Delete | Reply | Reply All | Forward | as attachment ▾ | Move to folder ▾

📺 Check Your
Credit For Free!!

🚭 Beat smoking now!

📠 Free fax number
for your Yahoo! Mail

🔊 Free Access Your

from Anywhere

This message is not flagged [ Flag Message - Mark as Unread ]

**From:** "ceelow" <VANDERRICK@YEAYEA COM> | This is Spam | Add to Address Book
**To:** ADNANNN001@YAHOO COM
**Subject:** [no subject]
**Date.** Tue, 10 Dec 2002 20 07 25 -0600

```
DAVID W LITTLE                              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
812-336-1951
3303 BROWNCLIFF LN              1922/10/01
BLOOMINGTON IN 47408133        SMALL

EDWARD DEAN PORTER      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        740-544-5842
2853 TWP HWY 249               1929/09/08
TORONTO OH 43964               FLAISER

STANLEY S PALAGYı                   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
440-593-3628
4140 LAKE RD                               PUTıCKı
CONNEAUT OH   440302942        1946/12/29

EDWARD E HALL                        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
216-441-4136
13204 REXWOOD AVE 7            HALL
TOLEDO OH 436061209            1977/07/01

MARK D ENGFER                        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
419-536-2173
3318 E. LINCOLNSHIRE EL/D       WHAL
TOLEDO OH 436061209            1970/09/01

EDMUND L SIMON                       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
508-460-8175
11 ALALON DR APT 12             1975/12/01
MARLBOROUGH MA 0175235"4       GOLEMBA

JOHN R FAHRMEIER                 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
513-233-9794
8383 WYCLIFTE DR                      ALLEN
513-579-5000
CINCINNATI OH 45244259"        1966/03/01

AOBERT M WHITE                       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
305-745-2517
805 EAST SHORE DR                    BARAGREE
SUMMERLAND KEY FL 330424510    1949/03/01

DAN SWANSON                          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
```

401-726-3434
16 TIMBERWOLF DR                          MMN MURPHY
CUMBERLAND RI 02864-6439     DOB 1949/02/01

GENE C FEITH                              SSN 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     PH
821-689-5330
636 S COUNTY RD                           MMN HELD           PH
821-666-4040
HOLTON IN 47023                           DOB  1935/05/01

TED N CATRANIS                            SSN 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     PH
251-666-4209
1114 JOGIWAY 90 DR                        MMN KORDOMEN    PH 334-393-1500
MOBILE AL 36693-4321                      DOB  1962/12/01

RODERICK P CHAPELLE       SSN 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      PH 207-468-2091
21 HIGHLAND AVE                           MMN GAGNON         PH
207-866-2121
NEWPORT ME 04953322E         DOB 1973/05/01

RICK J SINCLAIR                           SSN 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     PH
703-266-1160
6415 SPRING HOUSE CIR     MMN HANKINS
CLIFTON VA 20124-2457         DOB 1954/03/01

KEN L SMALL                               SSN 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     PH
954-575-2263
7503 NW 124TH AVE                         MMN SHAPIRO        PH 509-651-7430
PARKLANE FL 33076-1111    DOB 1954/03/01

HAROLD SUPERSTEIN                         SSN 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     PH 702-616-3391
1557 PRINCE EDWARD DR     MMN DAVIS
HENDERSON NV 95052-4936    DOB 1929/01/01

DENNIS BRUCE P                            SSN 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     PH
772-645-9971
420 BRIGHTON CREST        MMN MOTTA
STUART FL 34997-6614         DOB 1962/03/01

_____

Free email with personality! Over 200 domains!
http://www.MyOwnEmail.com
Looking for friendships,romance and more?
http://www.MyOwnFriends.com

| Delete | Reply | Reply All | Forward | as attachment ▾ | Move to folder ▾ | Ok |

Previous | **Next** | Back to Messages                    Save Message Text

| Check Mail | Compose |          Mail Upgrades - Search Mail - **Mail**

Mail - Address Book - Calendar -

Address Book  Auctions  Autos  Briefcase  Calendar  Careers  Chat  Classifieds  Finance  Games  Geocities  Greetings  Groups  Kids  Mail
Maps  Member Directory  Messenger  Mobile  Movies  Music  My Yahoo!  News  PayDirect  People Search  Personals  Photos  Radio
Shopping  Sports  TV  Travel  Warehouse  Weather  Yellow Pages  more...

Yahoo!   Terms of Service  Guidelines

PICHARD G MILEWSKI
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  PH 609-927-0220
7241 FERWOOD ANE
GEGOWSKI
EGG HARBOR TOWNSHIP NJ 08234-1306      DOB  1934/04/01

ROBERT EWALD C                    SSN 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
248-474-7172
35251 BRAXTON CT                      MMN WILLIAMS
313-248-1895
FARMINGTONHILL MI 48335-1306    DOB  1956/11/01

ROS R JOLLY                       SSN 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      PH
803-799-5224
2340 PARK ST                          MMN POLK
COLUMBIA SC 29201-1952      DOB 1952/06/01
(ALT ADD)
625 WATER MAPK
COLUMBIA SC 29210

POBERT W GAYLE                    SSN  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    PH 863-665-2206
PO BOX 6974                           DOB  1952/06/01      PH
563-242-0745
LAKELAND FL 33807                 MMN AUDELE

THEODORE B BARNES         SSN 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    PH 734-996-9423
3293 PARKRIDGE               MMN MARIE              PH
734-665-7555
ANN ARBOR MI 48103-1732  DOB 1941/09/01

WILLIAM  O REDL                  SSN 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    PH
425-392-2386
PO BOX 1556                          WILLIAMS
ISSAQUAH WA 98027-0062    DOB 1943/12/01

MARK A OSLAND                 SSN 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    PH 701-786-3822
21 7TH AVE SE                     MMN KARLSON
MAYVILLE ND 58257-1522   DOB 1961/03/01

JAMES MAMMOCK             SSN 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    PH 478-946-3419
633 BREWER RD                   MMN BOYT            PH 478-453-7575
IRWINTON GA 31042-2440  DOB 1955/01/01

ROBERT BERGRON            SSN 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    PH 337-365-1102
4105PRATT DR                     MMN BONIN          PH 504-581-5454
NEWIBERIA LA 70563-334  DOB 1964/09/01

TOBERT G SHELBY           SSN 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    PH 205-669-6626
PO BOX 545                          DOB 1945/05/01
WILSOVILLE AL 351880545  MMN DARMON

RICHARD B LONG                SSN 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    PH
703-397-0943
1260 WEATHERSTONE CT    DOB  1968/09/01
RESTON VA 20194-1347        MMN BAYH

POBERT RONDEAU              SSN 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    PH

000039

1718 BEACONWAY                                    DOD   LAPSE
PH   202-464-1000
ANNAPOLIS    ( ?)FIND ST BUY ZIP          DOB   1961/10/01
214015872  ZIP

DOUGLAS C FORSYTH                              SSN 544 70 5787
PH
206-542-5440
3927 PLEASANTBEACH DR                     SSN  LITTLE
PH
206-286-8594
BAINBRIDGE ISLAND   WA                    DOB 1959/03/27
98100 ZIP

GORDON SHAW                                    SSN
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
PH  202-342-3100
2510 VIRGINIA AVE NW                      SSN GORDON
PH
202-342-3169
#307 N
DOB
1937/06/04
WASHINGTON DC  200711414

DAVID M HALE                              SSN 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
PH
419-792-1400
217 SEITHER ST                           MGI  CHEIE
PH
419-794-77
OFFIAIR F OH                              DOB   1959
43511346 ZIP

(illegible)                               SSN
PH
510-336-8000
7400 CLEVELAND AVE                        SSN  NO
PH
510-268-0970
OAKLAND CA
910001514   ZIP

Free email with personality! Over 2?? domains!
http://www.MyOwnEmail.com

Delete | Reply | Reply All | Forward | as attachment ▾ | Move to folde

Previous | Next | Back to Messages                    Save M

Check Mail | Compose        Mail Upgrades - Search Mail - Mail

Mail   Address Book   Calendar

Address Book  Auctions  Autos  Briefcase  Calendar  Careers  Chat  Classifieds  Finance  Games  Geocities  Greetings  Groups  Kids  Mail
Maps  Member Directory  Messenger  Mobile  Movies  Music  My Yahoo!  News  PayDirect  People Search  Personals  Photos  Radio
Shopping  Sports  TV  Travel  Warehouse  Weather  Yellow Pages  more

000040



# YAHOO! Mail

Yahoo! - My Yahoo! - Help

Please select your
favorite color and
get a surprise!





📧 Mail | 📇 Addresses | 📅 Calendar | 📝 Notepad ▾ | adnannn001@yahoo.com [Sign Out]

| Check Mail | Compose |     Mail Upgrades - Search Mail - Mail

Folders [Add]      Previous | Next | Back to Messages          Printable View - |
📁 Inbox         [ Delete ] [ Reply ] [ Reply All ] [ Forward ]  as attachment   | Move to folde
📁 Draft
📁 Sent          This message is not flagged  [ Flag Message - Mark as Unread ]
📁 Bulk [Empty]    From: "caelow" <vanderrick@yeayaa com> | This is Spam | Add to Address Book
📁 Trash [Empty]     To: ADNANNN001@YAHOO COM
                 Subject: JDOE
Check Your       Date: Thu, 21 Nov 2002 21 07.28 -0600
Credit For
Free!!

JAMES C   CHAPMAN                    SSN      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
4403560743
20695 BEACONSFIELD BLVD       MMN      CARLTON      PH   440-616-
ROCKY RIVER     OH  441161307   DOB   1951/01/01

BRIAN W FIALKO                       SSN 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
PH  216-781-4300
1422 EUCLID AVE                      MMN   KAISER
PH  216-7814300
SUITE 1104                           DOB  1951/0
CLEVELAND OH  441152063

LEO J CLARK                    SSN 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
PH
419-531-0188
34 EXMOOR                            MMN FEPSHAN
TOLEDO   OH 436174      DOB   1944/05/26

DAVID J ASKEW                  SSN 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
PH
734-449-4355            S
10657 SWALLOWTAIL CT          MMN  DODEPT      PH
313-390-7398
SOUTH LYON    MI 481789544      DOB  1957/01/01

JERZY M WITEK                  SSN
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    PH 718-261-0939
6921 NANSEN ST                MMN DZI
PH 212-734-2130
FOREST HILLS  (?)FIND STATE W/ZIP   DOB 1960/08/01
113755736 ZIP

PETER S MCCHESNEY JR          SSN 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
410-349-1330

000041

```
6770 MAYFIELD ROAD              MMN  WANDA          PH  440-282-1712
CLEVELAND OH 441242299     DOB    1945/08/07

THEODOR E DANIELSON       SSN 163-34-69-46    PH 248-352-57-12
28539 TRAVISTOCK TRL          MMN  BUNDY         PH 248-594-4611
SOUTHFIELD MI 480345187     1943/08/01

STEVEN SINGLETARY          SSN 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     PH 985-863-8877
70461 ARCHIE RD                    MMN  SEAL                PH
504-279-5446
PEARL RIVER LA 704522411 DOB  1963/05/01

ANTE RADAN                                     SSN 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
PH
440-975-8640
2405 JESSICA COVE                      DOB 1956/02/01   PH
440946-9470
WILLOUGHBY  OH 44094-8045      MMN RADAN

RENQIU R YANG                     SSN 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  PH
610-539-2092
7011 WINDSWEPT LN                DOB 1962/11/01    PH
610-669-5397
NORRISTOWN PH 19403-1397      MMN  JENNY

JERRY MCANALLY                   SSN 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   PH
770-737-5086
142 LULA PAYNE TRAIL                  MMN MCDONALD PH 770-795-1061
BALL GROUND GA 30107-5032    DOB 1961/02/01

PERRY FRIEDMAN              SSN 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     PH
216-595-6911
PO BOX 22520                        DOB 1947/05/01
PH
216-5956911
BEACHWOOD OH 4412-0520      MMN JARROWS
(ALT ADD)
450 HEMLOCK CIR # CL
BEACHWOOD OH 44122
(ALT ADD 2)
1682 SAND LILLY DR
GOLDEN CO 80401

JOHN J GRISIK                    SSN 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      PH
330-656-1007
462 ROCKWOOD CIRCLE    MMN MIERCWA    PH 330-3742024
PENINSULA OH 44264-9537   DOB 1946/12/05

ERNEST E BODENMILLER         SSN 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   PH 734-697-9546
43280 BEMIS                                  MMN  TAYLOR      PH
734-484-8458
BELLEVILLE   MI 4811-9166      DOB 1947/01/01

ROGER R REYNOLDS              SSN 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  PH
614-868-1093
10040 BERKSHIRE ST                  MMN COLLINS      PH
614-868-1093
PICKERINGTON  OH 43147-8794  DOB 1956/06/29
```

000042



**YAHOO! Mail**

Yahoo! - My Yahoo! - Help

Please select your favorite color and a surprise!

adnannn001@yahoo com [Sign Out]

Check Mail

Mail Upgrades - Search Mail - Mail

Printable View - Full Headers

attachment    Move to folder... OK

This page is not logged [ Flag Message - Mark as Unread ]

From:
To:    <VANDBRICK@YEAYER.COM> | This - | Add to Address Book
Subject:   ADNANNN001@YAHO COM
Date:   Mon, , 2002 21.30   -0600

DENNIS STEFFEN
425-454-8706              SSN 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        PH
602 BELLEVUE WAY
BELDEVUE WA   98            1/04/01       FH 206-318-5050

JOSEPH F GALATI
216-226-3515                              PH
13960 CLIFTON                    30-6917
CLEVELAND OH 44109605    DOB 1933/02/27   MMN RUSSO

PAUL MERRIMAN - called back 12/13/02    SSN 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
5210 KEYSTON PL NTH     DOB 1943/10/01   PH 206-295-8977
SEATTLE WA 9810364      MMN ATWOOD       PH 800-423-4893
ID & CC
LOUIS GONZALES > CB  Dish network  prlot comp
301-261-4705                             SSN 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       FH
27ST GEORGE BARBERD :   DOB 1951/02/01   Will Taylor
DAVIDSONVIL MD 210212                    PH 301-731-6140
MMN HUGHES

THOMAS M CROWLEY  ID
5011 DEER RIDGE DR SO    SSN 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    Ph 317-571-1550
CARMEL IN 460338916      MMN OBRIEN         PH 317-574-7320
DOB 1960/11/10

JOHN G MCLEAN
208-465-0990             SSN 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    PH
5016 E POWER LINE ROAD   MMN HARBOR
NAMPA IV 8368708         PH 208-376-2300
DOB 1962/03/01

JAMES WEAVER
PO BOX 06 C              SSN 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   PH 570-966-0541
LEWISRG PA 178379566     DOB 19A/03/01    MMN WITMER

TIM N  MD
440-  3122               SSN 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    PH

http / us f400 mail. y  com hm ShowLetter Msgid=o

ID & CC

Make $500 Now with NetFlip!
Free fax number for your Yahoo! Mail
Free Remote Access to Your PC
HOT Is Your Credit?

# EXHIBIT B

EXHIBIT B



### *Lynnwood Police Department*
### *Case #02-10071*

On December 12, 2002 at 1129 hours Lynnwood patrol units responded to a fraud in progress at the Washington Mutual bank located just inside the west doors of the Lynnwood Fred Meyers store (4615 196th St. SW). An update was given by dispatch that the suspect was leaving the store via the west doors. I was at the Lynnwood Police Dept. and responded to the call because of my close proximity. As I advised radio that I was responding Off. Jamison reported that he was in the Fred Meyers lot with an employee and began to give updates concerning the location of the suspect. Off. Jamison reported that the suspect(s) were still in the Fred Meyer west parking lot about to exit out onto 48th Ave. W. in a gold color vehicle. Off. Miller reported being with the vehicle as I arrived on scene. I observed Off. Jamison in full police uniform walking toward the suspect vehicle a gold Plymouth Neon with Oregon plates. Off. Miller parked his fully marked police vehicle off the right rear quarter panel of the suspect vehicle in order to contact the individuals inside. The gold vehicle started to drive off N/B through the parking lot. Off. Miller parallelled the vehicle and then turned E/B. As he did the suspect vehicle turned W/B and drove by Off. Miller ignoring his emergency vehicle lights that were on.

I was following the vehicle in my semi marked police vehicle and had my vehicles' emergency lights activated. I advised dispatch that I was in pursuit as the vehicle exited onto 48th Ave. W. N/B from the parking lots west driveway. Off. Miller had repositioned his vehicle, cantered on 48th Ave. W. at 194th St. SW with his vehicles emergency lights still on. The suspect vehicle accellerated and swerved hard right to go around the stopped patrol vehicle. As it did the suspect's vehicle right front wheel struck the curb damaging the rim cover. The suspect vehicle continued N/B on 48th Ave. W. failing to stop for the stop sign at 194th St. SW. The suspect vehicle attempted to make a left turn onto 192nd St. SW and ran onto the N/W curb. The suspect vehicle maneuvered off the curb and I followed it W/B on 192nd St. SW to 52nd Ave. W. at speeds up to 40 mph in a 25 mph zone. Again failing to stop for the stop sign at 52nd Ave. W. and 192nd St. SW. I had activated all emergency equipment by this time including the siren on my vehicle.

As the vehicle turned N/B onto 52nd Ave. W Off. DeGabriele in a fully marked patrol vehicle with lights and siren joined in on the pursuit. It had just stopped raining and the roads were wet, traffic was light and had stopped upon hearing the police sirens. The suspect vehicle failed to stop for the stop sign N/B on 52nd Ave. W at 188th St. SW. The suspect vehicle increased its speed to 70 mph in a 30 mph zone. There was only one other car in front of the suspect vehicle in the 18400 block. The suspect vehicle slowed down and then passed on that vehicles right side. The suspect vehicle slowed again as it approached Hwy 99 and as it turned onto Hwy 99 it failed to stop for the stop sign before entering the Hwy.

I would classify the traffic flow on Hwy 99 as medium being somewhat heavier than the other surface roads. The suspect vehicle turned E/B onto 180th St. SW and

**Sgt. Mark Demetruk #412**

### EXH. B



### *Lynnwood Police Department*
### Case # 02-10071



accellerated to 60 mph in a 30 mph zone, again there was no traffic on 180th St. SW.  As the suspect vehicle approached 44th Ave. W. it slowed down and ran the stop sign as it turned S/B onto 44th Ave. W.  As I reached 44th Ave. W. no other vehicles were present except those stopped on 44th Ave. W. at Maple Road due to Officer Brinkman positioning of his vehicle with emergency equipment activated.

The supect vehicle turned E/B onto Maple Road by turning into the W/B lane and then moving over to the E/B lane.  As the suspect vehicle continued E/B, just after 42nd Ave. W. I observed the passenger throw items (assorted papers) out of the passengers window striking the 20 mph speed sign.  The suspect vehicle continued E/B traveling 40 mph in a 25 mph zone.   As the suspect vehicle reached 36th Ave. W. it failed to stop for the stop sign and turned left onto 36th Ave. W, N/B.  There was heavy construction in the area and the suspect vehicle turned W/B into the Korean Emmanuel Church located at 17730n 36th Ave. W.  The supect vehicle drove to the rear of the church and was forced to stop.  The driver exited the vehicle and gave himself up immediatdely the passenger fled on foot.  Containment was set up and K9-5 was requested.  The suspect was located in a water retention pond off Maple Road by containment officers.  Lynmwood Officer Langdon recovered the paperwork that was tossed out of the vehicle by the passenger.

As I placed the suspected driver into custody he placed a wallet on the back of the gold vehicle.  He stated that he wanted the wallet because it was his.  I removed a large amount of cash (MAD001) from his right front pants pocket.  He also claimed the money to be his.  I identified him from a Washington State drivers' license as Abel Unabue 12-17-74.  I then verbally advised him of his constitutional rights from memory.  The suspect acknowledged his understanding of his constitutional rights and then agreed to talk to me without presence of consul.

Nnabue stated that he just drove a friend to Fred Meyers.  He said he went into the store to buy some cigarettes and his friend wanted to get some bump removal for his hair since he just got it cut.  Nnabue said he bought his cigarettes and went out to his vehicle that he rented from Thrifty on Pacific Hwy South.  Nnabue said he does not know what his friend was doing.  Nnabue when asked did not know what his friends name was or where he lived.  Nnabue said his friend then came out to the car.  After entering the car he saw the police officer coming toward him with his gun drawn, fearing that he was going to be killed he drove away, failing to stop for all police vehicles for that same fear.

I ran a full check on the Plymouth Neon bearing Or. license plates # YYS641.  The vehicle returned clear and current to a rental car agency.  Nnabue reiterated several times that he rented the vehicle from Thrifty rent a car.  Nnabue asked what was going to happen to the vehicle since it needed to be back tonight or they would charge him for

**Sgt. Demetruk #412**



### Lynnwood Police Department
### Case # 02-10071



another day. I told him that I was going to impound the vehicle and petition the court for a search warrant. Nnabue stated in the presence of Officer DeGabriele that he would give me permission to search the vehicle and that I do not need to get a search warrant. I then asked Nnabue "you do not care if I search your car", Nnabue stated "no, go ahead". I then conducted a search of the suspect vehicle removing the following items. From the drivers side front floor board a Samsung cellular telephone (MAD002). From the passenger side floor board two Nokia cellular telephones and assorted recharging plugs (MAD003). I also removed several computer e-mail print out pages from the floorboard (MAD004). From the rear seat I removed a blue gym bag containing assorted clothes and electronic items (MAD005). The rear seat had a pass through with access to the trunk. From the trunk area I removed a white Nordstrom's bag containing men's shirts and ties (MAD006) and a black gym bag containing more clothes, jewelry boxes and telephones (MAD007). I removed a Thrifty and Dollar car rental agreements (MAD010) from the passenger door sleeve. As I was walking back to my patrol vehicle I noticed another computer print out page similar to the ones located in the front of the suspect vehicle. A closer check showed it to be part of the same e-mail printout located in the suspect vehicle. I collected the page (MAD008) containing people's names, addresses, dates of births and social security numbers.

I transported Nnabue to the Lynnwood jail as Off. DeGabriele remained with the vehicle until the tow truck arrived. At the Lynnwood jail a closer look at Nnabue's wallet showed he had a Washington State identification card. The last name on the I.D. card was spelled "Nnabue" instead of Nnabue like what was printed on his drivers' license. Nnabue stated that this was a DOL error. I also located Discover credit cards in his wallet under different names. One of the wallets recovered at the 20 mph speed sign contained Texas drivers' licenses with Nnabue's picture on them with the names of the people issued the Discover card. I seized the wallet and it's contents (MAD009) as evidence. When I questioned Nnabue about this he just said that the guy on the license looked kind of like him. I stopped questioning Nnabue at this time knowing that CID would be questioning him further concerning the situation. I confiscated Nnabue's Modavo watch and silver color chain necklace (MAD012) and Alexanders' Modavo watch gold color chain and two silver color chains (MAD013) during the booking process, since receipts showed they had just purchased them. Off. DeGabriele turned over to me a pair of tan work boots (MAD014) he located in the black gym bag along with a sprint cell phone and two Samsung cell phones (MAD011).

I had Off. DeGabriele photo copy all items and place them into plastic bags. I entered all items into evidence at Lynnwood P.D. I completed seizure notices on the money, jewelry and cellular telephones confiscated from both Nnabue and his accomplice who unidentified at this time.

**Sgt. Demetruk #412**